UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARTHA ROSADO,

    Plaintiffs,

v.                                   Case No. 8:23-cv-0922-KKM-CPT

TARGET CORPORATION, et al.,

    Defendants.
_____

## ORDER

    This case was removed on April 27, 2023. The Court twice directed Plaintiff to show cause as to the status of one defendant and three times directed Plaintiff to file corporate disclosures. *See* Doc. 4; Doc. 5; Doc. 7; Doc. 12; Doc. 13. Plaintiff failed to respond to any of these orders, despite a warning from the Court that failure to do so would result in dismissal without further notice. Plaintiff's lack of diligence in the prosecution of her claims and refusal to comply with court orders is a clear pattern of delay that warrants dismissal.

    Accordingly, it is **ORDERED**:

(1) This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the Court's orders.

(2) The Clerk is directed to terminate any pending motions or deadlines, enter

judgment of dismissal without prejudice, and close this case.

**ORDERED** in Tampa, Florida, on June 5, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge